```
_____ FILED  _____ LODGED
         _____ RECEIVED
         MAR 12 2025
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOUGLAS HOUSTON, <br><br> Defendant. | WA/WD Case No. 3:25-mj-05045-DWC <br><br> Charging District's Case No. MJ25-44-CMS <br><br> ORDER OF TRANSFER |

**ORDER OF TRANSFER**

Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the Western District of Oklahoma. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

If released, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 12TH day of March 2025.

*/s/ signature*
UNITED STATES MAGISTRATE JUDGE

ORDER OF TRANSFER